## WALTON v. MAGUIRE.

WHERE the Court below refuses a new trial asked on the ground that the evidence does not sustain the finding and judgment, that Court acts in the exercise of a sound legal discretion, and the Supreme Court will not interfere unless there was an abuse of discretion.

APPEAL from the Twelfth District.

Suit upon several promissory notes. Answer, a set-off. The case was sent to a Referee; who reported a finding and judgment in favor of plaintiff. Judgment being entered in accordance with the report, defendant excepted to the report, and moved to set it aside, and for a new trial, on the ground, among others, that the evidence was insufficient to justify it. Motion denied.

Defendant appeals.

*James W. Coffroth and G. W. Spaulding,* for Appellant, cited *Bagley* v. *Eaton,* 8 Cal. 139; 5 Id. 137.

*Waller & Moore and Parker & Waterman,* for Respondent.

COPE, J. delivered the opinion of the Court—BALDWIN, J. concurring.

The question in this case relates to the propriety of an order refusing a new trial, and the ground chiefly relied upon for a reversal is the insufficiency of the evidence to justify the decision. In making the order, the Court acted in the exercise of a sound legal discretion, and upon the evidence embodied in the record we cannot undertake to say that this discretion was abused. Our interference, under the circumstances, would be a departure from the rule upon which we have always acted in such cases.

There is nothing in the other point made; and the judgment is therefore affirmed.